

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2016

No. 04-16-00288-CV

**Christus Spohn Health System Corporation d/b/a Christus Spohn Hospital Alice,**
Appellants

v.

Aundria Hinojosa and Florencio **HINOJOSA,** V, Individually as Wrongful Death Beneficiaries of Florencio Hinojosa, VI, Deceased and on Behalf of Florencio Hinojosa, VI, deceased,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-07-54935-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The Appellee's Unopposed Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended to July 25, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2016.

Keith E. Hottle
Clerk of Court